IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH ALFARO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1541 |
| | § | |
| CITY OF HOUSTON and ABRAHAM JOSEPH, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The parties have filed an agreed motion for a protective order. (Docket Entry No. 21). Paragraph 9 on page 3 of the proposed order must be revised to reflect that under the case law, a higher good-cause showing is required to file documents under seal with the court than to designate them as confidential when they are exchanged in discovery. The paragraph must be revised to state that when documents designated as confidential are filed with the court, they may initially be filed under seal but will not be maintained under seal unless the party designating them as confidential files a motion to do so. Such a motion must be filed 7 days after the filing, must show good cause for sealing the documents, and must state whether the opposing party contests filing the documents under seal. The parties may file a revised agreed protective order no later than **September 30, 2011**.

SIGNED on September 19, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge