IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH ALFARO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1541 |
| | § | |
| CITY OF HOUSTON and ABRAHAM JOSEPH, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Currently pending in this case are two motions to dismiss by the City of Houston. (Docket Entry Nos. 4, 33). The first motion to dismiss was mooted by this court's order granting the plaintiffs' unopposed motion to file a third amended complaint, (Docket Entry No. 29), which the plaintiffs have filed, (Docket Entry No. 30). The first motion to dismiss, (Docket Entry No. 4), is denied as moot. The second motion to dismiss, (Docket Entry No. 33), will be discussed at tomorrow's discovery hearing.

SIGNED on March 12, 2012, at Houston, Texas.

                                                                                            Lee H. Rosenthal
                                                                                            United States District Judge