IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH ALFARO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-1541 |
| CITY OF HOUSTON and ABRAHAM JOSEPH, | § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion of today's date, the City of Houston is entitled to summary judgment. The state-law negligence and gross negligence claims against the City have already been dismissed. (Docket Entry No. 41). The claims against Abraham Joseph were resolved by this court's entry of default judgment against Joseph. (Docket Entry No. 58). The City is entitled to final judgment. The claims against the City are dismissed with prejudice.

This is a final judgment. Each party will bear its own costs and fees.

SIGNED on July 9, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge